

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-12-00330-CV

DAVID NEAL DUNCAN, APPELLANT

V.

GARY F. PRESCOTT, APPELLEE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 60,787-C, Honorable Don Emerson, Presiding

November 14, 2013

ON CONSENT TO REMITTITUR

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellee, Gary F. Prescott, has timely filed with this Court his consent to remittitur as suggested by this Court's order dated October 11, 2013. *See Duncan v. Prescott*, No. 07-12-00330-CV, 2013 Tex.App. LEXIS 12705, at *16–17 (Tex. App.—Amarillo Oct. 11, 2013, order). Pursuant to our order and in accordance with Prescott's consent to the remittitur, we reform the trial court's judgment to reflect that Prescott recover from David Neal Duncan $10,000.00 in exemplary damages along with

$1,650.00 in compensatory damages as already recited in the trial court's original judgment.  *See* TEX. R. APP. P. 46.3.

We affirm the trial court's judgment as so reformed.  *See* TEX. R. APP. P. 43.2(b).


Mackey K. Hancock
Justice